UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald Mashak,

         Plaintiff,

v.

Residential Credit Solutions Corp.; Provident Bank, NA; Federal Reserve Bank System; Franklin First Financial Corp., John and Jane Doe, Mortgage Broker; John and Jane Doe, Property Appraiser; John and Jane Doe, Brokers; and John and Jane Does;,

        Defendants.

Civil No. 12-1333 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Plaintiff Donald Mashak's Motion to Dismiss (ECF No. 19) is construed as a Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A) and therefore **GRANTED**;

3. Defendant Federal Reserve Bank System's Motion to Dismiss (ECF No. 11) is **DENIED AS MOOT**; and

2

4. This action is **DISMISSED WITHOUT PREJUDICE.**


**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: February 14, 2013                s/Michael J. Davis
                                        MICHAEL J. DAVIS
                                        Chief United States District Judge